THE STATE OF OHIO, APPELLEE, *v.* CARTER, APPELLANT.

[Cite as *State v. Carter* (1994), 70 Ohio St.3d 642.]

(No. 94–1309—Submitted August 17, 1994—Decided November 9, 1994.)

Joseph T. Deters, Hamilton County Prosecuting Attorney, and L. Susan Laker, Assistant Prosecuting Attorney, for appellee.

David H. Bodiker, Ohio Public Defender, Linda E. Prucha and Joseph E. Wilhelm, Assistant Public Defenders, for appellant.

---

Per Curiam. We affirm the decision of the court of appeals for the reasons stated by the court of appeals.

Judgment affirmed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.